# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELVIN TURNER, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:13-CV-848 |
| | : | |
| v. | : | |
| | : | (JUDGE NEALON) |
| UNITED STATES OF | : | (MAGISTRATE JUDGE BLEWITT) |
| AMERICA, ET AL., | : | |
|     Defendants | : | |

## ORDER

NOW, THIS 31st DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 9), is **ADOPTED**:

    A. Defendant United States and the two unnamed inmates are **DISMISSED with prejudice**;

    B. The Complaint, (Doc. 1), is **DISMISSED without prejudice** for failure to exhaust;

    C. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motion to appoint counsel, (Doc. 15), is **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

                                          /s/ William J. Nealon
                                          **United States District Judge**

FILED
SCRANTON

JUL 3 1 2013

PER _____
      DEPUTY CLERK